UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ONEIDA INDIAN NATION,

                  *Plaintiff*,

-vs.-

CITY OF ONEIDA,

                  *Defendant*.

CONSENT TO CHANGE ATTORNEY

Civil Action No.:
05-CV-1447 (DNH/GHL)

IT IS HEREBY CONSENTED THAT Hiscock & Barclay, LLP, One Park Place, 300 South State Street, Post Office Box 4878, Syracuse, NY 13221-4878, Judith M. Sayles and Alan R. Peterman, of Counsel, be substituted as attorneys of record for the undersigned party in the above-entitled action in place and stead of the undersigned attorney as of the date hereof.

DATED: December 29, 2005

OFFICE OF JUSTIN R. MURPHY

By: _____
Justin R. Murphy
*Attorney for Defendant*
Office and Post Office Address
248 Main Street
Post Office Box 673
Oneida, New York 13421
Telephone: (315) 363-5285

SYLIB01\482975\1

CITY OF ONEIDA

By: _____
Leo Matzke, Mayor
109 N. Main Street
Oneida, New York 13421-0550
Telephone: (315) 361-1921

STATE OF NEW YORK )
) ss:
COUNTY OF MADISON )

On this $29$ day of December, 2005, before me, the undersigned, personally appeared Leo Matzke, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person on behalf of which the individual acted, executed the instrument.

_____
Notary Public

Susan M. P...
Notary Public, State
No. 01PU6C...
Qualified in Madis...
Commission Expires ...

IT IS SO ORDERED.

DATED: **12/30**, 2005
Syracuse, New York

_____
United States Magistrate Judge